UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 17-02103-CJC(AFMx)            Date: March 16, 2018

Title: <u>CARMEN JOHN PERRI V. SUZY'S CAFE</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT AND DIRECTING PLAINTIFF TO PROPERLY SERVE OC RESTAURANT GROUP, INC.**

      Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for April 2, 2018, at 1:30 p.m. is hereby vacated and off calendar.

      Plaintiff filed this action on December 1, 2017, bringing claims against Defendant Suzy's Cafe for violations of the Americans with Disabilities Act of 1990 and the California Unruh Civil Rights Act. (Dkt. 1.) On December 13, 2017, Suzy's Cafe was served with the summons and complaint. (Dkt. 9.) Suzy's Cafe did not timely file an answer or otherwise appear in this action, and on February 7, 2018, the Clerk entered default against Suzy's Cafe. (Dkt. 13.)

      On March 5, 2018, Plaintiff filed a motion for leave to file a First Amended Complaint. (Dkt. 15.) Plaintiff seeks to amend his complaint because he erroneously named Suzy's Cafe as the Defendant and is now informed that the correct name for Defendant is OC Restaurant Group, Inc. (*See generally id.*) No opposition to Plaintiff's motion has been filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 17-02103-CJC(AFMx)            Date: March 16, 2018
                                            Page 2

Under Federal Rule of Civil Procedure 15(a)(1), a plaintiff may amend the complaint once as a matter of course, without leave of the court, before a responsive pleading has been served. *Nolen v. Fitzharris*, 450 F.2d 958, 958 (9th Cir. 1971); *see also Wyndham Vacation Resorts, Inc. v. Cohen Fin. Grp.*, 2009 WL 2849647, at *1 (E.D. Cal. Sept. 2, 2009). Here, no responsive pleading has been served—indeed, no Defendant has appeared. (*See generally* docket entries). Plaintiff can therefore file a First Amended Complaint without leave of the Court.

Accordingly, Plaintiff's motion is **DENIED AS MOOT**. Plaintiff shall **FILE** his proposed copy of the First Amended Complaint as a separate docket entity and is hereby **DIRECTED** to properly serve the First Amended Complaint and summons on OC Restaurant Group, Inc.

sl

MINUTES FORM 11
CIVIL-GEN                                                  Initials of Deputy Clerk MKU